Erik LeRoy, P.C.
1510 W. 15th Ave.
Anchorage, Alaska 99501
(907) 277-2006
Counsel for Development Services Group, Inc.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ALASKA

| In re: | : | |
|---|---|---|
| | : | |
| WILLIAM CLAUDE AMBERCROMBIE | : | Case No. A18-00135 |
| | : | Chapter 7 |
| Debtor | : | |
| | : | |

**Errata to Objection to Exemption**

Erik LeRoy, P.C. on behalf of Development Services Group, Inc. objected to the exemption Debtor claims in the Georgia property. (DE 18) That objection contained a typographical error when it stated that, "Debtor scheduled Creditor as its largest creditor but did include an address for Creditor and consequently, Creditor did not receive notice of the bankruptcy or the creditor's meeting." The Debtor **did not** include an address for creditor in its schedules or matrix.

August 31, 2018          Erik LeRoy, P.C.
                         Counsel for Development Services Group, Inc.
                         Alaska Bar Number 8310130

                         /s/ Erik LeRoy

Certificate of Service

I certify that August 31, 2018, a copy of this pleading was served by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

Erik LeRoy

*/s/ Erik LeRoy*