Erik LeRoy, P.C.
1510 W. 15th Ave.
Anchorage, Alaska 99501
(907) 277-2006
Counsel for Development Services Group, Inc.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ALASKA

| In re: | : | |
| --- | --- | --- |
| | : | |
| WILLIAM CLAUDE AMBERCROMBIE | : | Case No. A18-00135 |
| | : | Chapter 7 |
| Debtor | : | |
| | : | |

**Opposition to Closing Bankruptcy**

Erik LeRoy, P.C. on behalf of Development Services Group, Inc. objects to this bankruptcy being closed at this time and requests a forty five day delay in the closing of this bankruptcy to allow the Trustee to consider whether he will withdraw his report of no distribution.

Debtor scheduled Creditor as its largest creditor but did not include an address for Creditor and consequently, Creditor did not receive notice of the bankruptcy or the creditor's meeting.  (Our Objection to Exemption contained a typographical error when it erroneously said that the Debtor did include an address for creditor in his filing.  He did not.  (See DE 1, p 22.)  We did not learn about the bankruptcy until very shortly before the deadline for objecting to discharge.)

Creditor believes there may be undisclosed assets in this bankruptcy that he will ask the Trustee to investigate.

August 31, 2018        Erik LeRoy, P.C.
Counsel for Development Services Group, Inc.
Alaska Bar Number 8310130

/s/ Erik LeRoy

Certificate of Service

I certify that August 31, 2018, a copy of this pleading was served by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

Erik LeRoy

*/s/ Erik LeRoy*