Jason A. Gazewood
Gazewood & Weiner, P.C.
1008 16th Avenue, Suite 200
Fairbanks, Alaska 99701
(907) 452-5196

# THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In re: ) | |
| ) | |
| WILLIAM CLAUDE AMBERCROMBIE, ) | |
| ) | Case No: A18-00135 |
| Debtor. ) | Chapter 7 |
| ) | |

## DEBTOR'S RESPONSE TO OBJECTION TO EXEMPTION

COMES NOW Debtor, William Abercrombie, and hereby requests an additional ten days to respond to Development Services Group's Objection to Exemption. Counsel needs additional time to draft responses to the requests and to obtain input from Mr. Abercrombie as an errata was filed on 8/31/18. A voicemail was left with counsel for Development Services Group, Inc. to obtain its position on the proposed extension on September 4, 2018. At this time, no response was received from counsel regarding debtor's request.

DATED this 4th day of September, 2018 at Fairbanks, Alaska

Gazewood & Weiner, P.C.

/s/ Jason A. Gazewood
Jason A. Gazewood
Attorney for debtor