Jason A. Gazewood
Gazewood & Weiner, P.C.
1008 16th Avenue, Suite 200
Fairbanks, Alaska 99701
(907) 452-5196

## THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ALASKA

In re:                                              )
                                                    )
WILLIAM CLAUDE AMBERCROMBIE,                        )
                                                    )   Case No: A18-00135
            Debtor.                                 )   Chapter 7
                                                    )

### DEBTOR'S OBJECTION TO 2004 EXAMINATION REQUEST

Development Services Inc. has claimed that it did not receive notice of Mr. Abercrombie's bankruptcy filing. The instant filing was predicated by a sheriff's sale of the property.[1] Development Services Group planned a Sheriff's Sale of Real Property, with the identified property as the subject of the sale.[2] Development Services Group was informed about the bankruptcy, as the sale was halted and Sheriff, Danny Brannen informed them of the bankruptcy and other liens.[3]

As such, Development Services Group had actual notice of the bankruptcy filing.

Whether or not a court orders a Rule 2004 exam is a discretionary decision of the Court.[4] The decision is subject to review under the deferential abuse of discretion standard.[5]

---

[1] *See* Attached are the sale documents from the sheriff's sale motivating the bankruptcy, attached hereto as Exhibit "1".
[2] *See* Exhibit 1. Development Services Group was seeking to satisfy a writ of fieri facias that was in its favor. The sale was halted with the bankruptcy filing.
[3] *See* Attached is an affidavit of Sheriff Danny Brannen, attached hereto as Exhibit "2".
[4] *See* Bankruptcy Rule 2004.
[5] *See In re Dinubilo*, 177 B.R. 932; 939 (1993).

Here, the evidence before the Court is that Development Services Group, Inc. did receive notice of the bankruptcy filing, both upon the cessation of the sale and through the advice of sheriff, Danny Brannen. As such, its complaints about service ignore evidence that it received actual notice of the bankruptcy filing. Because of that, it should have requested the relief that it is seeking earlier, before the entry of discharge.

The creditor here seems to be complaining about the un-objected to exemptions used by the debtor and its belief that debtor is hiding assets. However, no evidence has been offered to substantiate the claim that Development Services Group believes that debtor is hiding assets.

The Court should deny the request for the 2004 examination. Development Services Group has received notice of the bankruptcy filing in a timely fashion. The evidence shows that Development Services Group had actual notice of the bankruptcy filing but chose not to act. It has offered no evidence related to its claim that Mr. Abercrombie is hiding assets. A Rule 2004 examination is inappropriate here.

DATED this 1st day of October, 2018 at Fairbanks, Alaska

Gazewood & Weiner, P.C.

/s/ Jason A. Gazewood
Jason A. Gazewood
Attorney for debtor

gpn11
## NOTICE OF SHERIFF'S SALE OF REAL PROPERTY

### GEORGIA, PULASKI COUNTY

There will be sold at public outcry to the highest and best bidder for cash, between 10:00 a.m. and 4:00 p.m. at the courthouse door in Pulaski County, Georgia, on the first Tuesday in May, 2018, the following-described property, to wit:

All that tract or parcel of land situate, lying and being in the City of Hawkinsville, Pulaski County, Georgia, known and distinguished as **Lot 1 in Section 3 of the Pine Level Estates Subdivision**, and more particularly described according to a plat of said subdivision made by Harrell & Ross, Surveyor, a copy of said plat being of record in plat Book 1, Page 248, Pulaski County, Georgia, deed records, as follows, to wit: BEGIN at the corner formed by the intersection of the north margin of Hillcrest Avenue with the west margin of Kamelia Drive and run thence north along said margin of Kamelia Drive 177 feet; thence run westerly along a line parallel with said margin of Hillcrest Avenue, 235 feet; thence run southerly along a line parallel with said margin of Kamelia Drive, 177 feet; and thence run easterly along said margin of Hillcrest Avenue, 235 feet back to said point of beginning. Said lot bounded north by Fleeman; west by Daniel; south by Hillcrest Avenue; and east by Kamelia Drive.

The above described property is the same as that conveyed to William C. Abercrombie, III by Warranty Deed dated October 20, 2004 and recorded in Deed Book 219, Page 371, Clerk's Office, Pulaski Superior Court.

The above described property is conveyed subject to an outstanding Deed to Secure Debt from Janice W. Abercrombie to NationsBank, N.A. dated August 27, 1998 and recorded September 2, 1998, in Deed Book 170, Pages 647-652, Clerk's Office, Pulaski Superior Court.

The above-described property has been levied on to satisfy a writ of fieri facias in favor of Development Services Group, Inc. (the plaintiff in fi. fa.), against William C. Abercrombie (the defendant in fi. fa.), recorded in the Superior Court of Pulaski County, Georgia, and levied on as the property of defendant in fi. fa., notice of levy and sale having been given to the defendant in fi. fa., as required by law.

Danny Brannen, Sheriff,
Pulaski County, Georgia
4-4-4tc-4tc

Exhibit 1
page 1 of 3

Lien Book 200 Page 469, Filed and Recorded 11/22/2016 at 01:40:37 PM
CFN #632016006307   James D. Jones Clerk of Superior Court   Glynn County, GA

LIEN, BK.
BK 229 Pg 837-839
DATE 11/28/2016

**WRIT OF FIERI FACIAS**

GEORGIA, GLYNN COUNTY
I, do certify that the within and foregoing is a true, complete and correct copy of the original in said case, as appears by the original on file and of record in the office of the Clerk of Glynn Superior Court, Brunswick, Georgia.

Witness my hand and the seal of said court this the 28th day of November, 2016
Karen Pilsun, Dep
Clerk of Superior Court

IN THE **SUPERIOR** COURT OF **GLYNN** COUNTY
STATE OF GEORGIA

CIVIL ACTION NUMBER CE08-02064-063
JUDGMENT DATE 04/26/12

Plaintiff's Attorney - Name, Address & Telephone
Name: DAVID HODGES
Address: FINE TOOTH COMB INVESTIGATIONS, INC
2175 KINGSLEY AVE. SUITE 212
ORANGE PARK, FL 32073
904-237-5917

Fi. Fa. In Hands of: DAVID HODGES

Name:

**CANCELLATION**

The within and foregoing Fi.Fa. having been paid in full the Clerk of Superior Court is hereby directed to cancel it of record this _____ day of _____ 2016
Siganture: _____
Title: _____

DEVELOPMENT SERVICES GROUP, INC. A FLORIDA CORPORATION
                                                                Plaintiff (s)
VS
MONDIVAL VERTE, INC, A GEORGIA CORPORATION, WILLIAM JARRELL JONES, RICHARD S. SIMMONS AND WILLIAM C. ABERCROMBIE
                                                                Defendant (s)

In the above styled case, and on the judgment date set out, the plaintiff(s) named above recovered against the defendant(s) named above, judgment in the following sums:

| | |
|---|---|
| Principal | $ 411,094.45 |
| Interest | $ |
| OTHER* | $ |
| ATTORNEY Fees | $ |
| Court Costs | $ |
| Total | $ 411,094.45 |

*with future interest upon said principal amount from the date of judgmnet at the legal rate.

Therefore, YOU ARE COMMANDED, that of the goods and ESPECIALLY/ONLY of the following described property to wit:

YOU cause to be made the several sums set out in the foregoing recital of the judgment in this case and have the said several sums of money before the Superior / State Court of this County at the next term of court, with this Writ to render to said plaintiff(s) the principal, interest, attorney fees and costs aforesaid.

Witness the Honorable **STEPHEN G SCARLETT SR** _____ Judge of Said Court this the
**22ND** day of **NOVEMBER** 2016

CLERK   James D. Jones
By: _____ Maria Neely, Chief Deputy Clerk

Exhibit 1
page 2 of 3



As Exhibit

IN THE SUPERIOR COURT OF GLYNN COUNTY
STATE OF GEORGIA

DEVELOPMENT SERVICES GROUP,
INC., a Florida Corporation,

    Plaintiff,

v.

MONDIAL VERTE, INC., a Georgia
Corporation, WILLIAM JARRELL
JONES, Individually, RICHARD S.
SIMMONS, Individually, WILLIAM
C. ABERCROMBIE, Individually,

    Defendants,

TYLER DIRTY DOZEN, INC., a Texas
Corporation,

    Intervenor Plaintiff.

CIVIL ACTION NO.
CE08-02064-063

**CONSENT FINAL JUDGMENT**

As indicated by their respective counsels' signatures below, Plaintiff and Defendant consent to entry of Final Judgment in this matter as follows. The Plaintiff shall have judgment in the total amount of $411,094.45 against Defendants. This judgment includes principal, costs and attorney's fees.

SO ORDERED, ADJUDGED AND DECREED, this ___ day of _____, 2012

_____
Judge, Superior Court of Glynn County
Brunswick Judicial Circuit

[ATTORNEY SIGNATURE PAGE FOLLOWS]

1

---

CONSENTED TO BY:

_____
William Jarell Jones
State Bar No. 404281

*Attorney for Defendants William Jarell Jones, Mondial Verte, Inc., Richard S. Simmons and William C. Abercrombie.*

GILBERT, HARRELL, SUMERFORD
& MARTIN, P.C.

_____
Jeffrey S. Ward
State Bar No. 737277

*Attorney for Plaintiff Development Services Group, Inc.*

Post Office Box 190
Brunswick, Georgia 31521
(912) 265-6700

2

Exhibit 1
page 3 of 3

Jason A. Gazewood
Gazewood & Weiner, P.C.
1008 16th Avenue, Suite 200
Fairbanks, Alaska 99701
(907) 452-5196

## THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ALASKA

In re:                                          )
                                                )
WILLIAM CLAUDE AMBERCROMBIE,    )
                                                )    Case No: A18-00135
         Debtor.                             )    Chapter 7
_____)

### NOTICE OF FILING UNSIGNED AFFIDAVIT OF SHERIFF DANNY BRANNEN

COMES NOW Debtor, William Abercrombie, and hereby files the unsigned affidavit of

Sheriff Danny Brannen. An original will be filed with the court upon receipt.

DATED this 1st day of October, 2018 at Fairbanks, Alaska

                                  Gazewood & Weiner, P.C.

                                  /s/ Jason A. Gazewood
                                  Jason A. Gazewood
                                  Attorney for debtor

THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

In re: )
)
WILLIAM CLAUDE AMBERCROMBIE, )
) Case No: A18-00135
Debtor. ) Chapter 7
)

### AFFIDAVIT OF SHERIFF DANNY BRANNEN

I, Danny Brannen, upon oath or affirmation, do solemnly swear or affirm that the following is true and correct to the best of my knowledge and belief.

1. I am the Sheriff of Pulaski County, Georgia.

2. The Development Services Group put an advertisement in the paper advertising a Sheriff's sale. I did not tell them to do this. The Development Services Group put the advertisement in the paper on their own volition. I only learned about this sale after Buck Abercrombie notified me.

3. I had the county attorney check to see if there were any liens on the property, of which there were several. I explained to the Development Services Group that a sale could not go forward until the liens were satisfied.

_____
Danny Brannen

SUBSCRIBED AND SWORN TO before me this _____ day of October, 2018, at _____.

_____
Notary Public, State of _____
My Commission Expires:_____

Exhibit 2
page 1 of 1