IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

In re                                                                  )
                                                                       )
William Claude Abercrombie,                     ) CASE NO. 18-00135
                                                                       )
                                        Debtor    )
_____)

STIPULATION TO CONTINUE HEARING

The Debtor and Eric LeRoy, counsel for Development Services Group, Inc. stipulate to the following:

The Hearing set for November 19, 2018 at 11 am in the Herbert A. Ross Historic Bankruptcy Courtroom, 605 W. 6th Ave., Anchorage, Alaska, 99501, will be VACATED

Based upon this stipulation the parties agree that the 2004 Exam will take place on either 6 or 7 December 2018.

DATED: November 19, 2018.

Respectfully submitted,

Gazewood & Weiner, P.C.

/s/ Jason A. Gazewood
Jason A. Gazewood
Attorney for debtor
Alaska Bar Number 0211060

Erik LeRoy, P.C.
Counsel for Development Services, Group, Inc.
Alaska Bar Number 8310130

/s/ Erik LeRoy