Erik LeRoy, attorney
1510 W. 15th Ave.
Anchorage, Alaska 99501
(907) 570-7474

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In re: | : |
| WILLIAM CLAUDE ABERCROMBIE | : Case No. A18-00135 |
| | : Chapter 7 |
| Debtor | : |

DECLARATION OF ERIK LEROY IN SUPPORT OF APPLICATION
BY TRUSTEE TO EMPLOY ATTORNEY

I, Erik LeRoy, declare under penalty of perjury that the following representations are true and correct to the best of my knowledge and belief:

1. I am the attorney who Kenneth Battley, trustee, desires to employ for the purpose of assisting and representing him in this case.

2. I have no interest and represent no interest adverse to this estate. I have no material connection to the debtor, the creditors, or other parties in interest, including any employees of the Office of the U.S. Trustee, their respective attorneys or accountants, other than my representation of Development Services Group, Inc. in this bankruptcy. I have filed a Notice of Withdrawal of my representation of Development Services Group, Inc. It is the Trustee's intention to sell the real property in Georgia and to distribute the proceeds of the sale to the creditors, which is the result Development Services Group, Inc. pursued in this case. The interests of Development Services Group, Inc. represent more than 95% of the value of the claims in this case.

3. My sole arrangement for compensation is to be paid fees at my normal hourly rate, at this time, $350 an hour, as approved by the court.

4. I am a disinterested person in this case as defined by U.S.C. §101(14)(A-C).

December 20, 2018              */s/ Erik LeRoy*
                               Erik LeRoy, P.C.

Certificate of Service

I certify that on December 20, 2018, a copy of this pleading was served on

U S Trustee
Debtor (Gazewood)

by first class mail if an address in indicated above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

Erik LeRoy

*/s/ Erik LeRoy*