IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ALASKA

In re:

WILLIAM CLAUDE ABERCROMBIE

Debtor.

Case No. A18-00135
Chapter 7

AFFIDAVIT OF SCOTT FREE IN SUPPORT OF APPLICATION BY TRUSTEE TO EMPLOY REAL ESTATE AGENT

STATE OF GEORGIA )
) ss.
COUNTY OF _Houston_ )

I, Scott Free being first duly sworn upon oath, state as follows:

1. I am the real estate agent with Coldwell Banker Robbins & Free, 1271 South Houston Rd, Warren Robbins, _Warner Robins,_ Georgia 31088 who Kenneth Battley wishes to employ to assist with the sale of 3 Kamila Dr., Hawkinsville, Georgia, 31026.

2. I have no interest and represent no interest adverse to the estate. I have no material connection to the debtor, the creditors, or other parties in interest, including any employees of the Office of the U.S. Trustee, their respective attorneys or accountants.

3. My sole arrangement for compensation is to be paid a commission of 6% on gross sale proceeds plus actual costs to be approved by the bankruptcy court in an application to approval sale of property.

4. I am a disinterested person in this case as defined by U.S.C.

§101(14)(A-C).

FURTHER AFFIANT SAYETH NAUGHT.

DATED this 30 day of January, 2019

By: /s/ Scott Free

SUBSCRIBED and SWORN to before me this 30th day of January, 2019.

/s/ Jessica Ann Damore
Notary Public for Georgia
My commission expires: April 15, 2022



JESSICA ANN DAMORE
Notary Public, Georgia
Houston County
My Commission Expires
April 15, 2022

Certificate of Service

I certify that February 1, 2019, a copy of this pleading was served by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

Erik LeRoy

*/s/ Erik LeRoy*